# EXHIBIT A

# King County Superior Court Clerk's Office

Welcome to the Records Access Portal

**25-2-22053-2 SEA**
WOLF VS CITY OF EVERETT ET AL
Personal Injury - Active

[Request Access to Sealed Documents]  [Request Fee Waiver]  [Purchase/View Court records]

Summary    Participants    **Document List**    Events    Judgments

## Documents

### Documents List

| Sub Number | Date Filed | Document Name | Additional Information | Filed By | Page # | Seal |
|---|---|---|---|---|---|---|
| 3 | 07/30/2025 | CMPPIN - Personal Injury Complaint | | | 14 | |
| 4 | 07/30/2025 | SM - Summons | | Plaintiff - ANNA (EST) BAISHEVA | 3 | |
| 1 | 07/30/2025 | CICS - Case Information Cover Sheet | | | 1 | |
| 2 | 07/30/2025 | ORSCS-CV - Order Setting Case Schedule - Civil | | Clerk | 6 | |
| 5 | 08/05/2025 | AFSRS - Affidavit / Declaration / Certificate Of Service - Served | | | 1 | |
| 6 | 08/06/2025 | AFSRS - Affidavit / Declaration / Certificate Of Service - Served | | | 1 | |
| 7 | 08/07/2025 | NTAPR - Notice of Appearance | | Defendant - CITY OF EVERETT | 3 | |
| 8 | 08/07/2025 | AFSRES - Affidavit / Declaration / Certificate of eService | | Clerk | 2 | |

**EXHIBIT A**
Page 2 of 17

| Sub Number | Date Filed | Document Name | Additional Information | Filed By | Page # | Seal |
|---|---|---|---|---|---|---|
| 9 | 08/07/2025 | AFSRS - Affidavit / Declaration / Certificate Of Service - Served | | | 1 | |
| 10 | 08/08/2025 | ACSR - Acceptance of Service | | Defendant - NATIONAL RAILROAD PASSENGER CORPORATION | 2 | |
| 11 | 08/08/2025 | AFSRS - Affidavit / Declaration / Certificate Of Service - Served | | | 1 | |
| 12 | 08/11/2025 | NTAPR - Notice of Appearance | | Defendant - NATIONAL RAILROAD PASSENGER CORPORATION Defendant - BNSF RAILWAY COMPANY | 3 | |
| 13 | 08/12/2025 | NTAPR - Notice of Appearance | | Defendant - SNOHOMISH COUNTY | 4 | |
| 14 | 08/12/2025 | AFSRES - Affidavit / Declaration / Certificate of eService | | Clerk | 2 | |
| 15 | 08/12/2025 | NTDQ - Notice of Disqualification | | | 4 | |
| 16 | 08/12/2025 | AFSRES - Affidavit / Declaration / Certificate of eService | | Clerk | 2 | |
| 17 | 08/12/2025 | AFSRS - Affidavit / Declaration / Certificate Of Service - Served | | | 1 | |

Go Back

Copyright © Journal Technologies, USA. All rights reserved.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| BRUCE WOLF, as Personal Representative of the Estate of ANNA BAISHEVA and on behalf of its beneficiaries,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EVERETT; SNOHOMISH COUNTY; BNSF RAILWAY COMPANY, a foreign public utility corporation; and NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, a foreign corporation,<br><br>Defendants. | NO.<br><br>COMPLAINT FOR DAMAGES |

COMES NOW Plaintiff, BRUCE WOLF, Personal Representative of the Estate of ANNA BAISHEVA, and on behalf of the beneficiaries thereof, by and through the undersigned counsel, and alleges as follows:

## I.   PARTIES

1. Plaintiff, BRUCE WOLF, who currently resides in King County, Washington, is the duly appointed Personal Representative of the Estate of ANNA BAISHEVA, deceased, by

COMPLAINT FOR DAMAGES - 1

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

1  Order of the Superior Court of Pacific County under Cause No. 24-2-00103-25, dated November 1, 2024, and as such is authorized to commence and maintain this action on behalf of the Estate of Anna Baisheva and the statutory beneficiaries.

2. Defendant CITY OF EVERETT is a municipal corporation organized and operating under the laws of the State of Washington. Upon information and belief, Defendant CITY OF EVERETT owns, maintains and operates Harborview Park located at 1621 W. Mukilteo Boulevard, Everett, Washington. Harborview Park is also hereinafter referred to as the "Park."

3. Defendant COUNTY OF SNOHOMISH is a municipal corporation organized and operating under the laws of the State of Washington. Upon information and belief, Defendant SNOHOMISH COUNTY, through its division, Snohomish County Property Management, owns and maintains the waterfront/beach area located across from Harborview Park and adjacent to the railroad tracks. Upon further information and belief, the parcel identification of this waterfront/beach area is 29043500401700, which is also known as "Darlington Beach Park." This area is hereinafter referred to as the "subject waterfront area" or the "subject beach area."

4. Defendant BNSF RAILWAY COMPANY (hereinafter referred to as "BNSF") is, and was at all times relevant to this cause of action, a Delaware corporation doing business in the State of Washington, including in Snohomish County. BNSF is a railroad company which, upon information and belief, owns and maintains railroads and adjoining lands throughout the United States, including within Snohomish County. BNSF also operates as a common carrier by rail locomotives and railroad lines throughout various states of the United States, including the State

COMPLAINT FOR DAMAGES - 2

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

**EXHIBIT A**
**Page 5 of 17**

1  of Washington and Snohomish County specifically.

2  5. Defendant NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK (hereinafter referred to as "AMTRAK") is, and was at all times relevant to this cause of action, a foreign corporation with its headquarters in Washington D.C. AMTRAK is a common carrier engaged in the business of transporting passengers by train throughout various states of the United States, including the State of Washington.

## II. JURISDICTION AND VENUE

6. Jurisdiction and venue are proper in this Court pursuant to RCW 2.08.010 and RCW 36.01.050(1).

7. Jurisdiction is proper in the State of Washington because the alleged causes of action arose out of activities within the State of Washington, including, but not limited to, the transaction of business within this State and the commission of tortious acts within this State. RCW 4.28.185.

8. All pre-requisites to maintenance of the state law claims against Defendants CITY OF EVERETT and SNOHOMISH COUNTY have been met in accordance with RCW 4.96 et seq. in that Plaintiff has filed notices of tort claim forms with them, respectively, and that more than 60 days have elapsed since the claims were filed.

## III. FACTS

*Public Access to the Subject Waterfront Area*

9. Harborview Park is located north of the BNSF Scenic Subdivision, a coastal segment of railroad tracks in Everett, Washington. According to the Snohomish County

COMPLAINT FOR DAMAGES - 3

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

1  Conservation Futures Program Interlocal Agreement entered into between Defendant CITY OF
2  EVERETT and Defendant SNOHOMISH COUNTY, dated May 7, 1996, and recorded in the
3  Recording Division of the Snohomish County Auditor's Office on or about August 15, 2015,
4  Harborview Park is described as "a very popular destination" for various recreational activities,
5  including biking and hiking.

6  10.  Harborview Park borders to the north a dirt/gravel service road (hereinafter
7  referred to as the BNSF access road") owned by BNSF (formerly The Burlington Northern and
8  Santa Fe Railway Company).  Immediately north of the BNSF access road are the railroad
9  tracks, and immediately beyond the tracks lies the subject waterfront area.  The screenshots of
10 photographs below, which, upon information and belief, were taken and posted on Google Maps
11 by members of the public, depict the Park, the BNSF access road, the railroad tracks, and the
12 subject beach area.




*Harborview Park located south of the subject waterfront area*     *The BNSF access road adjacent to the Park*

COMPLAINT FOR DAMAGES - 4

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*



*The BNSF access road leading to the adjacent railroad tracks and the subject waterfront area*

11. The subject beach area has, for decades, been commonly perceived by the public as part of Harborview Park and has been routinely accessed for various recreational activities. This longstanding public use is reflected in the screenshots of photographs shown below, which, upon information and belief, were taken and posted on Google Maps by members of the public.

 



COMPLAINT FOR DAMAGES - 5

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

12. Upon information and belief, members of the public are able to access the subject beach area via the BNSF access road, as well as through several access points located within Harborview Park, as shown on the images below taken by the Everett Police Department related to the death of Anna Baisheva.

  

*Access points leading to the BNSF access road*     *Gate to the BNSF access road*

  

*Access points leading from the Park to the BNSF access road*

 

*Openings leading from the Park's walking trails to the BNSF access road*

COMPLAINT FOR DAMAGES - 6

**ROGERS & COVER, PLLC**
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

**EXHIBIT A**
**Page 9 of 17**

13. Upon information and belief, the openings, paths, and other access points to the subject beach area within the boundaries of Harborview Park, as depicted in the photographs above, have been established through decades of continuous, open and repeated public use.

14. Upon information and belief, Defendant CITY OF EVERETT and/or Defendant BNSF posted trespass warning signs at several locations within the vicinity of Harborview Park and along the BNSF access road, including at the entry point utilized by Anna Baisheva and her husband, Grigorii Baishev. Upon further information and belief, these signs were covered in graffiti and remained unrepaired for years, if not decades, including on the date when Anna Baisheva was fatally struck by an Amtrak train.

15. Upon information and belief, Defendant CITY OF EVERETT began leasing Harborview Park from BNSF (then Great Northern Railway Company) around 1964. According to a City of Everett document titled "The History of Everett Parks," Defendant CITY OF EVERETT "agreed to build a fence along the western boundary to discourage people from crossing the tracks" as part of the lease agreement. No such fence existed on the date when Anna Baisheva was fatally struck by an AMTRAK train.

16. Upon information and belief, Howarth Park, located approximately 0.8 miles northeast of Harborview Park, provides public shoreline access via a pedestrian walkway bridge that crosses the BNSF railroad tracks. Upon further information and belief, members of the public who access the beach at Howarth Park via this pedestrian bridge often continue walking down along the shoreline to the subject waterfront area.

17. Numerous photographs, videos, and user postings depicting various recreational

COMPLAINT FOR DAMAGES - 7

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

**EXHIBIT A**
**Page 10 of 17**

activities at the subject beach area have been posted online by individuals who accessed the subject waterfront area through access points within Harborview Park, via the BNSF access road, by crossing the railroad tracks, and/or by walking from the beach area at Howarth Park. Online platforms where these postings appear include Google Maps, YouTube, Yelp, and Facebook, with some content dating back as early as 2010. On Google Maps alone, there are more than 1,300 such postings. Upon further information and belief, many of these postings reflect the public conception that the subject beach area is part of Harborview Park.

18. Upon information and belief, Defendant CITY OF EVERETT had long expressed interest in acquiring adjacent BNSF land, including the BNSF access road down to the shoreline, recognizing both the public's strong desire for beach access and the frequent use of Harborview Park for that purpose. For instance, Defendant CITY OF EVERETT's 2003 Shoreline Public Access Plan proposed a "possible trail connection" from the Park to the beach.

19. Defendants have known for decades that users of Harborview Park and members of the general public have accessed the subject waterfront area through entry points located along the boundaries of the Park and the BNSF access road, including from the Howarth Park beach area. Defendants also knew that individuals regularly crossed the railroad tracks located between the subject waterfront area and the BNSF access road, and Harborview Park. The presence of the public in the vicinity of the subject waterfront area and along the BNSF access road has been routinely observed by other users of the Park and the general public, including Defendants.

20. Defendants were aware that BNSF regularly parked cargo containers along and beyond the subject beach area in both the eastbound and westbound directions for certain periods

COMPLAINT FOR DAMAGES - 8

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

each day, or otherwise on a regular basis.

21.  Defendants were aware that the freight containers parked along the railroad tracks in the vicinity of the subject waterfront area could obstruct individuals from returning to Harborview Park. Defendants further knew that such obstruction posed a serious safety risk, as the only available route back was the same method used by Anna Baisheva and Grigorii Baishev.

*BNSF's and AMTRAK's Rail Operations*

22.  Upon information, the BNSF Scenic Subdivision rail route runs between Seattle and Everett, spans approximately 32.1 miles, and runs adjacent to Puget Sound most of its length.

23.  Upon information, AMTRAK has operated passenger trains several times daily on the Scenic Subdivision railroad tracks, including the section adjacent to the subject waterfront area, which are owned by BNSF, since approximately 1995, pursuant to an agreement with BNSF. Upon further information, AMTRAK pays BNSF "for use of [its] tracks and other resources needed to operate Amtrak trains, with incentives for on-time performance," as stated in its FY 2024 Company Profile.

24.  Upon information, BNSF routinely parks its railcars and freight containers, connected in sequence and without an attached locomotive, on railroad tracks near the BNSF access road and Harborview Park areas. Upon further information, it is not uncommon that the parked freight containers can stretch for several miles, thereby blocking beach users from returning from the subject waterfront area.

///

COMPLAINT FOR DAMAGES - 9

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

**EXHIBIT A**
**Page 12 of 17**

### *The Tragic Death of Anna Baisheva*

25. On or about March 2024, Anna Baisheva and her husband, Grigorii Baishev viewed photographs of Harborview Park on Google Maps, particularly the subject waterfront area where people were seen swimming, fishing and walking. Anna Baisheva was especially drawn to the Park because of her fondness for fishing.

26. At approximately 6:00 p.m. on July 25, 2024, Anna Baisheva and her husband, Grigorii Baishev, returned to Harborview Park to fish at the subject beach area for the second time. Several people were already at the subject beach area, while others were walking toward it along the BNSF access road. Anna Baisheva and Grigorii Baishev parked their car at Harborview Park, walked through one of the openings connecting to the BNSF access road, stepped onto the BNSF access road, and proceeded to the railroad tracks as others also did. They then crossed four sets of railroad tracks, as others also did, to reach the subject waterfront area for fishing.

27. At or about 8:00 p.m., Anna Baisheva and Grigorii Baishev started packing to return to Harborview Park when they noticed that the tide was rising quickly. Although the sun was near setting, it remained bright outside. However, they were unable to return through the same crossing point where they and others used to reach the subject beach area because a long line of freight containers was parked on the outer/north (water) side of the track. This obstruction extended for approximately two miles along the tracks, from the Howarth Park beach area to Edgewater Park, located 1.9 miles southwest of Harborview Park.

28. The freight containers were connected by coupling bracketry, with a small access

COMPLAINT FOR DAMAGES - 10

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

**EXHIBIT A**
**Page 13 of 17**

1  ladder mounted on each side.  With no alternative to go back to their car, they were forced to
2  climb the ladder and use a small catwalk to cross to the other side of the cargo containers.  The
3  tracks have been reduced to two in this area.

4    29.    Anna Baisheva had walked ahead of her husband and was fatally struck by a high-
5  speed AMTRAK train as she was descending from the catwalk into the gravel area between the
6  south and north tracks.  Anna Baiseva died of multiple blunt force traumatic injuries, including
7  skull fracture, atlanto-occipital distraction/dislocation, fractures to extremity and pelvis, and
8  various contusions, abrasions, and lacerations.

9    30.    Upon information and belief, prior to fatally striking Anna Baisheva, the
10 AMTRAK engineer who operated the subject train observed an individual standing near the
11 railroad tracks in the vicinity of the BNSF access road and sounded the horn.

12   31.    Upon information and belief, on or about June 3, 2024, another fatal incident
13 occurred involving a teenage girl who was struck by an AMTRAK train near the railroad tracks
14 located in the vicinity of Harborview Park, the BNSF access road and the subject waterfront
15 area.

16              IV.    LIABILITY

17   32.    Plaintiff re-alleges and incorporates by reference all other paragraphs of this
18 Complaint as if fully set forth herein.  Plaintiff further incorporates the fruits of expected
19 discovery as to the various additional facts and resulting legal theories.  Pending that discovery,
20 Plaintiff can allege the following at this time.

21   33.    At all times relevant to this cause of action, Defendants, and each of them, owed a

COMPLAINT FOR DAMAGES - 11

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

**EXHIBIT A**
**Page 14 of 17**

duty of care for the safety and life of Anna Baisheva.

34. At all times relevant to this cause of action, Defendants, and each of them, knew or should have known of the unsafe and dangerous conditions within the vicinity in question, including the serious safety risks posed by the railroad tracks, freight train operations, including the over-a-mile-long parked freight container trains, and/or high-speed AMTRAK passenger train operations. These dangers were especially significant in light of the changing tides at the subject beach area and the prolonged presence of individuals in proximity to the tracks and the beach area.

35. Despite having constructive and/or actual notice of these foreseeable safety hazards, Defendants, and each of them, breached their duty of care by failing to exercise reasonable care. Such breaches include, but are not limited to: failing to remedy known hazards; failing to construct physical barriers or other safety mechanisms; and failing to implement effective measures to either restrict public access or ensure reasonably safe public access to the subject waterfront area. Defendants also failed to implement an adequate warning system to alert the public to these known dangers, and failed in their duty to protect people who would be foreseeably crossing over tracks to walk to and from the subject beach area.

36. As a direct and proximate cause of Defendants' tortious conduct, Anna Baisheva sustained catastrophic injuries resulting in her death.

## V.   INJURY AND DAMAGES

37. Plaintiff re-alleges and incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

COMPLAINT FOR DAMAGES - 12

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

38. As a direct and proximate cause of Defendants' negligent acts and omissions, Anna Baisheva sustained catastrophic injuries resulting in her death.

39. As a direct and proximate result of Defendants' negligent acts and omissions, the Estate of Anna Baisheva and the statutory beneficiaries thereof sustained substantial economic and non-economic damages.

40. As a direct and proximate result of Defendants' negligent acts and omissions, Anna Baisheva experienced conscious fear, pain, and suffering.

41. As a direct and proximate result of Defendants' negligent acts and omissions, the decedent's statutory beneficiaries have suffered and will continue to suffer grief, sorrow, mental anguish, emotional distress, pain and suffering, and loss of love, affection, care, services, companionship, society, and consortium of Anna Baisheva.

## VI.   PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

1. For judgment against Defendants, and each of them for compensation to Plaintiff for all general and special damages incurred and/or resulting from the allegations contained herein, as may be proven at trial;

2. For award and judgment against Defendants for pre-judgment and post-judgment interest as may be allowed by law;

3. For award and judgment against Defendants for all applicable costs, attorney fees, other expenses, and damages as may be allowed by law; and

4. For such other and further relief as the Court may determine just, proper

COMPLAINT FOR DAMAGES - 13

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

| | | |
|---|---|---|
| 1 | and equitable. | |
| 2 | DATED this 30th day of July, 2025. | |
| 3 | ROGERS & COVER, PLLC | RESSLER & TESH PLLC |
| 4 | /s/ James S. Rogers | |
| 5 | /s/ Heather M. Cover | /s/ Jonathan S. Barash |
| 6 | James S. Rogers, WSBA #5335<br>Heather M. Cover, WSBA #52146 | Jonathan S. Barash, WSBA # 36878<br>Attorney for Plaintiff |
| 7 | Attorneys for Plaintiff<br>705 2nd Avenue, Suite 1500 | 710 5th Ave. NW, Suite 200<br>Issaquah, WA 98027-2841 |
| 8 | Seattle, WA 98104<br>Telephone: (206) 621-8525 | Telephone: (206) 388-0333<br>E-mail: jon@resslertesh.com |
| 9 | E-mail: jsr@jsrogerslaw.com<br>E-mail: heather@jsrogerslaw.com | |

COMPLAINT FOR DAMAGES - 14

**ROGERS & COVER, PLLC**
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

**EXHIBIT A**
**Page 17 of 17**