HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE WOLF, as Personal Representative of the Estate of ANNA BAISHEVA and on behalf of its beneficiaries,<br><br>                                        Plaintiff,<br><br>        v.<br><br>CITY OF EVERETT; SNOHOMISH COUNTY; BNSF RAILWAY COMPANY, a foreign public utility corporation; and NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, a foreign corporation,<br><br>                                        Defendants. | Case No. 2:25-cv-01556-RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF TRIAL DATE AND PRETRIAL DEADLINES |

THIS MATTER having come before the Court upon the stipulation of the Parties, the Court does hereby find good cause to order that the case schedule be amended and will issue a new scheduling order to reflect the requested dates of the Parties.

DATED this 31st day of March, 2026.

_____
THE HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING STIPULATED MOTION FOR
CONTINUANCE OF TRIAL DATE AND
PRETRIAL DEADLINES - 1
CASE NO. 2:25-CV-01556 RSM

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

Presented by:

ROGERS & COVER, PLLC

*s/ Heather Cover*

James S. Rogers, WSBA #5335
Heather Cover, WSBA #52146

705 Second Avenue, Suite 1500
Seattle, WA 98104
Telephone: (206) 621-8525
E-mail: jsr@jsrogerslaw.com
E-mail: heather@jsrogerslaw.com

**Attorneys for Plaintiff**

ANDERSON HUNTER LAW FIRM, P.S.

*s/ Amme Verbarendse*

John A. Follis, WSBA #18513
Amme Verbarendse, WSBA # 52845

2707 Colby Avenue, Suite1001
Everett, WA 98201
Telephone: (425) 252-5161
E-mail: jfollis@andersonhunterlaw.com
E-mail:
averbarendse@andersonhunterlaw.com

**Attorneys for Defendant City of Everett**

BALLARD SPAHR LLP

*s/ Hari Kumar*

Andrew G. Yates, WSBA #34239
Hari Kumar, WSBA #53597

1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: (206) 223-7000
E-mail: yatesa@ballardspahr.com
E-mail: kumarh@ballardspahr.com

**Attorneys for Defendants BNSF Railway Company and National Railroad Passenger Corporation, d/b/a Amtrak**

RESSLER & TESH PLLC

*s/ Jonathan S. Barash*

Jonathan S. Barash, WSBA # 36878

710 5th Ave. NW, Suite 200
Issaquah, WA 98027-2841
Telephone: (206) 388-0333
E-mail: jon@resslertesh.com

**Attorney for Plaintiff**

JASON J. CUMMINGS
Snohomish County Prosecuting Attorney

*s/ Geoffrey A. Enns*

Geoffrey A. Enns, WSBA #40682
Erik Ben-Zekry, WSBA #52601
Deputy Prosecuting Attorneys

Snohomish County Prosecutor's Office - Civil Div.
3000 Rockefeller Ave., M/S 504
Everett, WA 98201
Telephone: (425) 388-6330
E-mail: Geoffrey.Enns@co.snohomish.wa.us
E-mail: Erik.Ben-Zekry@co.snohomish.wa.us

**Attorneys for Defendant Snohomish County**

ORDER GRANTING STIPULATED MOTION FOR
CONTINUANCE OF TRIAL DATE AND
PRETRIAL DEADLINES - 2
CASE NO. 2:25-CV-01556 RSM

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107